# United States Court of Appeals
## For the First Circuit

No. 07-1240

DR. JOSÉ S. BELAVAL, INC.,

Plaintiff/Appellant,

RIO GRANDE COMMUNITY HEALTH CENTER, INC.; CONCILIO DE SALUD
INTEGRAL DE LOIZA, INC. (CSILO),

Plaintiffs,

v.

HON. ROSA PÉREZ-PERDOMO, Secretary, Department of Health of the
Commonwealth of Puerto Rico,

Defendant/Appellee,

COMMONWEALTH OF PUERTO RICO; UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES; MICHAEL O. LEAVITT, Secretary, United States
Department of Health and Human Services,

Defendants.

**ERRATA SHEET**

The opinion of this court issued on May 18, 2007 is amended as
follows:

On page 4, line 20, replace the words "defendants were" with
the words "defendant was."